1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAY SCHUYLEMAN, an individual,

Plaintiff,

v.

BARNHART CRANE AND RIGGING CO.,
a State of Delaware Corporation

BARNHART CRANE AND RIGGING, LLC,
a State of Delaware Limited Liability
Company

UNKNOWN CORPORATION/LLC 1-25,

Defendants.

Civil Action No. 2:23-CV-00562-JLR

STIPULATED MOTION AND
[PROPOSED] ORDER FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S
COMPLAINT

NOTING DATE: MAY 10, 2023

The parties are in active discussions surrounding the claims in this complaint, and

defense counsel requires further time to conduct an initial investigation suitable to respond to the

complaint.  Accordingly, all parties request that the Court enter an order extending the time for

Defendant Barnhart Crane and Rigging to respond to Plaintiff Scuyleman's Complaint to May

24, 2023.

        IT IS SO STIPULATED

        Respectfully submitted this 10th day of May, 2023.

STIPULATED MOTION AND ORDER FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT-
1

Case No. 2:23-CV-00562-JLR

KLINEDINST PC
1200 Fifth Avenue, Suite 1750
Seattle, Washington 98101
(206) 672-4400

| | |
|---|---|
| KLINEDINST PC | SEATTLE PATENT GROUP LLC |
| | |
| */s/ Gregor A. Hensrude* | |
| Gregor A. Hensrude, WSBA #45918 | Jim Haugen, WSBA #46978 |
| 1200 Fifth Avenue, Suite 1750 | Tom Hendrickson, WSBA #41832 |
| Seattle, Washington 98101 | 4020 148th Avenue NE, Suite D |
| 206-672-4400 | Redmond, WA 98052 |
| ghensrude@klinedinstlaw.com | 425-202-7969 |
| | jlthaugen@seattlepatentgroup.com |
| Attorneys for Defendants | |
| Barnhart Crane and Rigging Co., and | Attorneys for Plaintiff Jay Schuyleman |
| Barnhart Crane and Rigging, LLC | |

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ PC


*/s/ Emily Billig, with permission*
Emily Billig, pending PHV
100 Light Street, 19th Floor
Baltimore, MD 21202
410-862-1089
ebillig@bakerdonelson.com


*/s/ Scott M. Douglass, with permission*
Scott M. Douglass, pending PHV
First Horizon Building
165 Madison Avenue, Suite 2000
Memphis, TN 38103
615-924-0514
sdouglass@bakerdonelson.com

Attorneys for Defendants
Barnhart Crane and Rigging Co., and
Barnhart Crane and Rigging, LLC

STIPULATED MOTION AND ORDER FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT-
2

Case No. 2:23-CV-00562-JLR

KLINEDINST PC
1200 Fifth Avenue, Suite 1750
Seattle, Washington 98101
(206) 672-4400

1   KLINEDINST PC                          SEATTLE PATENT GROUP LLC

2

3   Gregor A. Hensrude, WSBA #45918        Jim Haugen, WSBA #46978
    1200 Fifth Avenue, Suite 1750          Tom Hendrickson, WSBA #41832
4   Seattle, Washington 98101              4020 148th Avenue NE, Suite D
    206-672-4400                           Redmond, WA 98052
5   ghensrude@klinedinstlaw.com            425-202-7969
                                           jlthaugen@seattlepatentgroup.com
6
    Attorneys for Defendants
7   Barnhart Crane and Rigging Co., and    Attorneys for Plaintiff Jay Schuyleman
    Barnhart Crane and Rigging, LLC
8   _____

9   BAKER DONELSON BEARMAN
    CALDWELL & BERKOWITZ PC
10

11  _____

12  Emily Billig, pending PHV
    100 Light Street, 19th Floor
13  Baltimore, MD 21202
    410-862-1089
14  ebillig@bakerdonelson.com

15  Scott M. Douglass, pending PHV
    First Horizon Building
16  165 Madison Avenue, Suite 2000
    Memphis, TN 38103
17  615-924-0514
    sdouglass@bakerdonelson.com
18

19  Attorneys for Defendants
    Barnhart Crane and Rigging Co., and
20  Barnhart Crane and Rigging, LLC

21

22

23

24

25

26

27

STIPULATED MOTION AND [PROPOSED] ORDER FOR           KLINEDINST PC
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S           1200 Fifth Avenue, Suite 1750
COMPLAINT- 2                                          Seattle, Washington 98101
                                                      (206) 672-4400
Case No. 2:23-CV-00562-JLR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

~~PROPOSED~~ ORDER

The Court hereby grants the Parties' Stipulated Motion for Extension of Time to Respond to Plaintiff's Complaint to May 24, 2023.

IT IS SO ORDERED on this 11th day of May, 2023.

_____
The Honorable James L. Robart United States District Court Judge

STIPULATED MOTION AND ORDER FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT-
3

Case No. 2:23-CV-00562-JLR

KLINEDINST PC
1200 Fifth Avenue, Suite 1750
Seattle, Washington 98101
(206) 672-4400