UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAY SCHUYLEMAN,<br><br>                    Plaintiff,<br><br>        v.<br><br>BARNHART CRANE AND RIGGING CO., et al.,<br><br>                    Defendants. | CASE NO. C23-0562JLR<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

Before the court are the parties' timely responses to the court's June 28, 2023 order directing counsel to show cause why this action should not be dismissed for failing to file a timely joint status report and discovery plan in accordance with the court's initial scheduling order.  (Pl. Resp. (Dkt. # 25); Defs. Resp. (Dkt. # 26); *see* 6/28/23 OSC (Dkt. # 23); 5/19/23 Sched. Order (Dkt. # 15).)  Plaintiff Jay Schuyleman states that his attorney misunderstood the effect of Defendants Barnhart Crane and Rigging Co. and Barnhart Crane and Rigging, LLC's (together, "Barnhart") pending motion to dismiss on

ORDER - 1

1  the initial scheduling deadlines.  (Pl. Resp. at 2; *see* 5/24/23 MTD (Dkt. # 16); 6/12/23
2  Order (denying Barnhart's May 24, 2023 motion to dismiss as moot after Mr.
3  Schuyleman amended his complaint); 6/26/23 MTD (Dkt. # 22).)  Barnhart asserts that
4  the court should dismiss the case for failure to prosecute.  (Defs. Resp. at 2.)
5        Being fully advised, the court DISCHARGES its order to show cause (Dkt. # 23)
6  and STRIKES the deadlines set in its May 19, 2023 initial scheduling order.  The court
7  will set new initial scheduling deadlines, if appropriate, when it issues its order on
8  Barnhart's pending motion to dismiss.
9        Dated this 19th day of July, 2023.

JAMES L. ROBART
United States District Judge