The Honorable James L. Robart
U.S. District Court Judge

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **JAY SCHUYLEMAN**, an individual<br><br>Plaintiff,<br><br>v.<br><br>**BARNHART CRANE AND RIGGING CO.**, a State of Delaware Corporation<br><br>**BARNHART CRANE AND RIGGING, LLC**, A State of Delaware Limited Liability Company, and<br><br>**UNKNOWN CORPORATION/LLC 1-25**,<br><br>Defendants. | Civil Action No. 2:23-CV-00562-JLR<br><br>[~~PROPOSED~~] AGREED ORDER ON JOINT MOTION TO AMEND MINUTE ORDER SETTING TRIAL DATES AND RELATED DATES |

### [~~PROPOSED~~] AGREED ORDER ON JOINT MOTION TO AMEND THE MINUTE ORDER SETTING TRIAL DATES AND RELATED DATES

Plaintiff Jay Schuyleman ("Plaintiff") and Defendants Barnhart Crane and Rigging Co. and Barnhart Crane and Rigging, LLC (collectively, "Barnhart") (collectively, "the Parties") have shown good cause to amend the February 6, 2024, Minute Order Setting Trial Dates and Related Dates (ECF No. 47) ("Minute Order") to allow for a more efficient discovery process and to

conform with the deadlines set forth in the Local Patent Rules. The Parties' Joint Motion to Amend the Minute Order Setting Trial Dates and Related Dates is **GRANTED.**

Specifically, additional deadlines are added for exchanging proposed terms and claim elements for construction on May 2, 2024; exchanging preliminary claim constructions along with all intrinsic and extrinsic evidence the constructions will rely on by June 6, 2024; and the completion of expert depositions on claim construction (with the cooperation of counsel and experts in scheduling said expert depositions) by July 15, 2024. In addition, the following existing deadlines have been amended: the exchange of expert reports on claim construction will now be by June 6, 2024, rebuttal expert witness reports on Markman issues will now be exchanged by July 3, 2024. These amendments do not affect other deadlines set forth in the Minute Order; the filing of a joint claim construction chart and prehearing statement is still due on July 17, 2024, and the Markman hearing will still proceed on October 4, 2024, at 9:00AM, both as previously scheduled per ECF No. 47 and 47-A [docket entry].

Therefore, the Trial Dates and Related Dates set forth in the Minute Order are now amended as follows:

| | |
|---|---|
| **JURY TRIAL DATE** | **JUNE 16, 2025** |
| Length of Jury Trial | 4 days |
| Preliminary infringement contentions and disclosure of asserted claims | March 22, 2024 |
| Deadline for joining additional parties | March 5, 2024 |
| Deadline for amending pleadings | December 18, 2024 |
| Disclosure of preliminary invalidity contentions | April 12, 2024 |
| Exchange a list of claim terms, phrases, or clauses which that party contends should be construed by the Court, and identify any claim element which that party contends should be governed by 35 U.S.C. § 112(6) by | May 2, 2024 |
| Reports from expert witnesses regarding Markman issues due, | June 6, 2024 |

| | |
|---|---|
| Exchange preliminary claim constructions, along with all intrinsic and extrinsic evidence the constructions will rely on (for avoidance of doubt, this includes disclosing the identity and nature of an expert's report, but does not require the disclosure of the full version of the report) | June 6, 2024 |
| Rebuttal expert reports regarding Markman issues due | July 3, 2024 |
| Complete expert depositions on claim construction (with the cooperation of counsel and experts in scheduling said expert depositions) | July 15, 2024 |
| Joint claim chart and Prehearing Statement (for avoidance of doubt, this includes disclosing the full version of the expert report) | July 17, 2024 |
| Opening claim construction briefs due (24 pages per side) | August 9, 2024 |
| Responsive claim construction briefs due (24 pages per side) | August 23, 2024 |
| Markman hearing at 09:00 AM on | October 4, 2024 |
| Reports from expert witnesses under FRCP 26(a)(2) due | November 15, 2024 |
| Rebuttal expert reports due | December 13, 2024 |
| All motions related to discovery must be filed by (see LCR 7(d)) | December 4, 2024 |
| Discovery completed by | January 3, 2025 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (see LCR 7(d)) | February 11, 2025 |
| Settlement conference per LCR 39.1(c)(2) held no later than | March 14, 2025 |
| All motions in limine must be filed by   All motions in limine shall be filed as one motion. | May 16, 2025 |
| Agreed pretrial order due | May 29, 2025 |
| Pretrial conference to be held at **02:00 PM** on | June 2, 2025 |
| Trial briefs, proposed voir dire questions and jury instructions | June 9, 2025 |

The remaining portions of the Minute Order remain in effect.

**IT IS SO ORDERED.**

Dated this 25th day of April, 2024.

_____
The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

Presented by:
DESMARAIS LLP

/s/Betty H. Chen
Betty H. Chen (WSBA #57993)
101 California Street
San Francisco, CA 94111
T: 415-573-1900
F: 415-573-1901
bchen@desmaraisllp.com

Peter Y Zhu (*admitted pro hac vice*)
1899 Pennsylvania Ave, NW Suite 400
Washington, D.C. 20006
T: 202-451-4900
F: 202-451-4901
pzhu@desmaraisllp.com

Kurt Fredrickson (*admitted pro hac vice*)
101 California Street, Ste. 3070
San Francisco, CA 94111
T: 415-573-1900
F: 415-573-1901
kfredrickson@desmaraisllp.com

SEATTLE PATENT GROUP

Tom Hendrickson (WSBA #41832)
4020 148th Ave. NE, Ste D
Redmond, WA 98052
T: 425-202-7969
tom@seattlepatentgroup.com

*Attorneys for Plaintiff Jay Schuyleman*

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC

/s/Scott M. Douglass
Emily Billig (*admitted pro hac vice*)
100 Light Street, 19th Floor
Baltimore, MD 21202
410-862-1089
ebillig@bakerdonelson.com

Scott M. Douglass (*admitted pro hac vice*)
First Horizon Building
165 Madison Avenue, Suite 2000
Memphis, TN 38103
615-924-0514
sdouglass@bakerdonelson.com

KLINEDINST PC

Gregor A. Hensrude, WSBA #45918
1200 Fifth Avenue, Suite 1750
Seattle, Washington 98101
206-672-4400
ghensrude@klinedinstlaw.com

*Attorneys for Defendants
Barnhart Crane and Rigging Co., and
Barnhart Crane and Rigging, LLC*