UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAY SCHUYLEMAN, | CASE NO. C23-0562JLR |
| Plaintiff, | ORDER |
| v. | |
| BARNHART CRANE AND RIGGING CO., et al., | |
| Defendants. | |

Before the court is the parties' joint motion to amend several deadlines relating to claim construction. (Mot. (Dkt. # 57).) The court entered its original scheduling order on February 6, 2024 (2/6/24 Sched. Order (Dkt. # 47)) and granted the parties' joint motion to amend that order on April 25, 2024 (4/25/24 Sched. Order (Dkt. # 53).) The parties now seek to amend their stipulated scheduling order because they have failed to timely take expert claim construction depositions. (*See* Mot. at 1-2.)

//

ORDER - 1

The court made clear in its initial scheduling order that it will alter dates "only upon good cause shown" and that the "failure to complete discovery within the time allowed is not recognized as good cause." (2/6/24 Sched. Order at 2.) The court finds that the parties have not established good cause to amend the scheduling order and therefore DENIES the parties' motion (Dkt. # 57). Furthermore, changes in the schedule at this stage of the proceedings risk jeopardizing the *Markman* hearing date and the trial date. The court is, however, willing to alter the scheduling order as follows:

| Event | Current Date | Parties' Proposed Date | Court's Proposed Date |
|---|---|---|---|
| Completion of expert depositions on claim construction | 7/15/24 | 7/31/24 | 7/29/24 |
| Joint claim chart and Prehearing Statement | 7/17/24 | 8/2/24 | 7/31/24 |
| Opening claim constructions briefs due | 8/9/24 | 8/16/24 | 8/13/24 |
| Responsive claim construction briefs due | 8/23/24 | 8/30/24 | 8/26/24 |

If the parties wish to proceed with the court's proposed dates above, they must file a stipulated motion to that effect by no later than **July 17, 2024**.

Dated this 16th day of July, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2