The Honorable James L. Robart

U.S. District Court Judge

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **JAY SCHUYLEMAN**, an individual<br><br>Plaintiff,<br><br>v.<br><br>**BARNHART CRANE AND RIGGING CO.**,<br>a State of Delaware Corporation<br><br>**BARNHART CRANE AND RIGGING, LLC**,<br>a State of Delaware Limited Liability Company,<br><br>Defendants. | Civil Action No. 2:23-CV-00562-JLR<br><br>**ORDER GRANTING JOINT MOTION REQUESTING AMENDMENT TO SCHEDULING ORDER AT THE DIRECTION OF THIS COURT'S ORDER, DATED JULY 16, 2024 (ECF NO. 58)**<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING JOINT MOTION REQUESTING AMENDMENT TO SCHEDULING ORDER AT THE DIRECTION OF THIS COURT'S ORDER, DATED JULY 16, 2024 (ECF NO. 58)**

Pursuant to Local Civil Rule ("**LCR**") 7(j), and at the direction of this Court's order, dated July 16, 2024 (ECF No. 58) (the "**Order**"), Plaintiff Jay Schuyleman ("**Plaintiff**" or "**Schuyleman**") and Defendants Barnhart Crane and Rigging Co. and Barnhart Crane and Rigging, LLC (together, "**Barnhart**" or "**Defendant**") (collectively, the "**Parties**") jointly move to further amend their stipulated scheduling order (as previously amended) (*see* ECF Nos. 47, 53) as follows:

| Event | Currently Scheduled Date | Proposed Date (at Direction of the Court) |
|---|---|---|
| Completion of expert depositions on claim construction | July 15, 2024 | July 29, 2024 |
| Joint claim chart and Prehearing Statement | July 17, 2024 | July 31, 2024 |
| Opening claim constructions briefs due | August 9, 2024 | August 13, 2024 |
| Responsive claim construction briefs due | August 23, 2024 | August 26, 2024 |

The Parties' stipulated motion is made timely. (*See* ECF No. 58, at 2). This Court hereby

1

**GRANTS** the Parties' motion for extensions of time for expert depositions and claim-construction briefing. Therefore, the related dates in the Agreed Order are hereby amended as follows:

| | |
|---|---|
| **JURY TRIAL DATE** | **June 16, 2025** |
| Length of Jury Trial | 4 Days |
| **Complete expert depositions on claim construction (with the cooperation of counsel and experts in scheduling said expert depositions)** | **July 29, 2024** |
| **Joint claim chart and Prehearing Statement (for avoidance of doubt, this includes disclosing the full version of the expert report if not already served)** | **July 31, 2024** |
| **Opening claim construction briefs due (24 pages per side)** | **August 13, 2024** |
| **Responsive claim construction briefs due (24 pages per side)** | **August 26, 2024** |
| Markman hearing at 9:00 AM on | October 4, 2024 |
| Reports from expert witnesses under FRCP 26(a)(2) due | November 15, 2024 |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | December 4, 2024 |
| Rebuttal expert reports due | December 13, 2024 |
| Deadline for amending pleadings | December 18, 2024 |
| Discovery completed by | January 3, 2025 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | February 11, 2025 |
| Settlement conference per LCR 39.1(c)(2) held no later than | March 14, 2025 |
| All motions in limine must be filed by   All motions in limine shall be filed as one motion. | May 16, 2025 |
| Agreed pretrial order | May 29, 2025 |
| Pretrial conference to be held at **02:00 PM** on | June 2, 2025 |
| Trial briefs, proposed voir dire questions and jury instructions | June 9, 2025 |

2

The remaining portions of the Agreed Order (ECF No. 53) and the Minute Order Setting Trial Dates and Related Dates (ECF No. 47), including *Markman* hearing, trial date, and other dates, remain in effect.

**IT IS SO ORDERED**.

DATED:   July 17, 2024

                                                                           _____
                                                                           The Honorable James L. Robart
                                                                           U.S. District Court Judge