UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAY SCHUYLEMAN,<br><br>              Plaintiff,<br><br>   v.<br><br>BARNHART CRANE AND RIGGING CO., et al.,<br><br>             Defendants. | CASE NO. C23-0562JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court is in receipt of the parties' joint claim construction and prehearing statement (Dkt. # 61) and ORDERS as follows:

**1. Technology Tutorials.** Technology tutorials would benefit the court. To that end, the court directs each side to create a video tutorial not exceeding 15 minutes in length. The tutorial shall focus on the technology at issue and shall not be used

MINUTE ORDER - 1

for argument. Tutorials are due to the court by no later than 9:00 a.m. on Monday, September 30, 2024, and should be in a file format compatible with Windows Media Player. If necessary, the parties may file their tutorials under seal, subject to any protective order in effect.

**2. Length of Time.** The *Markman* hearing will last approximately 3 hours. The court will afford each side 10 minutes per disputed claim term.

**3. Order of Presentation.** For each disputed claim term, Plaintiff will present first, followed by Defendants. Terms will be discussed in the order presented in Appendix A to the parties' joint claim construction and prehearing statement.

**4. Live Testimony.** No live testimony will be permitted.

**5. Demonstratives.** Any demonstratives must be disclosed to the other side no later than 48 hours before the *Markman* hearing.

Filed and entered this  6th  day of September, 2024.

                                        RAVI SUBRAMANIAN
                                        Clerk of Court

                                        s/ Ashleigh Drecktrah
                                        Deputy Clerk

MINUTE ORDER - 2