The Honorable James L. Robart
U.S. District Court Judge

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **JAY SCHUYLEMAN**, an individual<br><br>Plaintiff,<br><br>v.<br><br>**BARNHART CRANE AND RIGGING CO.**, a State of Delaware Corporation<br><br>**BARNHART CRANE AND RIGGING, LLC**, A State of Delaware Limited Liability Company, and<br><br>Defendants. | Civil Action No. 2:23-CV-00562-JLR<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANTS BARNHART CRANE AND RIGGING CO. AND BARNHART CRANE AND RIGGING, LLC'S MOTION TO AMEND PLEADINGS<br><br>JURY TRIAL DEMANDED |

Before the Court is Defendant Barnhart Crane and Rigging Co. and Barnhart Crane and Rigging LLC's Motion to Amend Pleadings. The motion is not opposed and is consented to by Plaintiff Jay Schuyleman, pursuant to LCR 15(b). Having considered the motion, the Court **ORDERS** as follows:

Barnhart's motion to amend pleadings is granted.

Signed this 20th day of December, 2024.

_____