UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAY SCHUYLEMAN,<br><br>              Plaintiff,<br><br>       v.<br><br>BARNHART CRANE AND RIGGING CO., et al.,<br><br>              Defendants. | CASE NO. C23-0562JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On December 20, 2024, Defendants filed a motion to strike portions of Dr. Richard Klopp's November 15, 2024 report on infringement. (MTS (Dkt. # 86).) On February 11, 2025, Defendants filed a motion to exclude Dr. Klopp's November 15, 2024 report on infringement and invalidity rebuttal report. (MTE (Dkt. # 92).) Because both motions are directed at the same expert report, the court ordered Defendants to file a

MINUTE ORDER - 1

statement, regarding whether the February 11, 2025 motion to exclude moots the December 20, 2024 motion to strike. (2/12/25 Min. Order (Dkt. # 97).) In their response, Defendants represent that the motion to strike will be moot if the court grants the motion to exclude; but if the court denies the motion to exclude, the court will still need to resolve the issues raised in the motion to strike. (Resp. (Dkt. # 98).) Based on this representation, and in the interest of the efficient use of judicial resources, the court DIRECTS the Clerk to renote Defendants' motion to strike (Dkt. # 86) for March 11, 2025.

Filed and entered this 14th day of February, 2025.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2