The Honorable James L. Robart
U.S. District Court Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **JAY SCHUYLEMAN**, an individual<br><br>Plaintiff,<br><br>v.<br><br>**BARNHART CRANE AND RIGGING CO.**, a State of Delaware Corporation<br><br>**BARNHART CRANE AND RIGGING, LLC**, A State of Delaware Limited Liability Company, and<br><br>Defendants. | Civil Action No. 2:23-CV-00562-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES FOR DEFENDANTS BARNHART CRANE AND RIGGING CO. AND BARNHART CRANE AND RIGGING, LLC TO FILE A MOTION FOR AN AWARD OF ATTORNEY'S FEES AND A MOTION FOR COSTS<br><br>JURY TRIAL DEMANDED |

**THIS MATTER**, having come before the Court on Defendants Barnhart Crane and Rigging Co. and Barnhart Crane and Rigging, LLC's (together, "**Barnhart**") Unopposed Motion to Extend Deadlines for Barnhart to File a Motion for an Award of Attorney's Fees and a Motion for Costs (hereinafter, the "**Motion**"), the Court having reviewed the records and files herein, and applicable law, and the Court being advised as to the foregoing, the Court **ORDERS** as follows:

Barnhart's Motion is **GRANTED**. Barnhart's Motion is not opposed by Plaintiff, and also there is "good cause" under Federal Rule of Civil Procedure ("**FRCP**") 6(b) to extend the deadlines for Barnhart to file a motion for award of attorney's fees under FRCP 54(d)(2)(B) and a motion for costs under FRCP 54(d) and LCR 54(d) because granting such relief will yield efficiencies that will result from waiting to resolve any such motion until after the ruling on any appeals are exhausted.

**NOW**, **THEREFORE**, the deadline for Barnhart to file a motion for attorney's fees under

1   FRCP 54(d)(2) and a motion for costs under FRCP 54(d) and LCR 54(d) is extended as follows:

2       1.    if a notice of appeal is not filed in this matter, the deadline for Barnhart to file a
3   motion for award of attorney's fees and a motion for costs is no later than 30 days after the appeal
4   deadline has expired, which is Tuesday, July 15, 2025; or

5       2.    if a notice of appeal is filed in this matter, the deadline for Barnhart to file a motion
6   for award of attorney's fees is no later than 30 days after mandate issues.

8   **IT IS SO ORDERED**.

10  **DATED** this 29th day of May, 2025.

_____
The Honorable James L. Robart
U.S. District Court Judge

27  [PROPOSED] ORDER    Page 2                    Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
28                                                                     165 Madison Avenue, Suite 2000
                                                                                  Memphis, TN 38103
                                                                                   (901) 577-2336

DATED: May 29, 2025

| | |
|---|---|
| BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | KLINEDINST PC |
| /s/Lea H. Speed | Gregor A. Hensrude, WSBA #45918 |
| | 1200 Fifth Avenue, Suite 1750 |
| Scott M. Douglass | Seattle, Washington 98101 |
| *Admitted Pro Hac Vice* | Telephone: 206-672-4400 |
| sdouglass@bakerdonelson.com | ghensrude@klinedinstlaw.com |
| 165 Madison Avenue, Suite 2000 | |
| Memphis, TN 38103 | Petra N. Ambrose, WSBA #48924 |
| (901) 577-2258/F: (901) 577-2303 | 1200 Fifth Avenue, Suite 1750 |
| | Seattle, Washington 98101 |
| Emily R. Billig | Telephone: 206-672-4400 |
| *Admitted Pro Hac Vice* | pambrose@klinedinstlaw.com |
| ebillig@bakerdonelson.com | |
| 100 Light Street, Nineteenth Floor Baltimore, Maryland 21202 | *Attorneys for Defendants* |
| (410) 685-1120/F: (410) 547-0699 | *Barnhart Crane and Rigging Co., and Barnhart Crane and Rigging, LLC* |

Dominic A. Rota
*Admitted Pro Hac Vice*
drota@bakerdonelson.com
1600 West End Avenue, Suite 2000
Nashville, TN 37203
615-924-5634/F: (615) 726-0464

Lea H. Speed
*Admitted Pro Hac Vice*
lspeed@bakerdonelson.com
165 Madison Avenue, Suite 2000
Memphis, TN 38103
(901) 577-2336/F: (901) 577-4235

*Attorneys for Defendants*
*Barnhart Crane and Rigging Co., and*
*Barnhart Crane and Rigging, LLC*